RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 5/25/11
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JIMMY JONES<br>(BOP# 99204-071) | CIVIL ACTION NO. 09-00976<br>SECTION "P" |
| VERSUS | |
| UNITED STATES OF AMERICA, et al. | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Matthews's motion for summary judgement (Doc. 26) be GRANTED and the <u>Bivens</u> claims against him be dismissed without prejudice for failure to exhaust.

IT IS FURTHER ORDERED that the United States' motion for summary judgment (Doc. 27) be GRANTED and the FTCA claim against it be dismissed with prejudice.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 24th day of May, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE